IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEDRICK LASHON WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-590-WKW-JTA |
| | ) |
| MONTGOMERY COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court are the defendants' motions to dismiss.  (Docs. No. 54, 64.)  On November 19, 2019, the court ordered the plaintiff to file a response to the defendants' motions before December 30, 2019.  (Doc. No. 71.)  As of this date, the plaintiff has not filed a response.  This action was referred to the undersigned pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.  (Doc. No. 73.)  Accordingly, for good cause, it is hereby

ORDERED as follows:

1. On or before **July 3, 2020**, the plaintiff shall show cause in writing why the defendants' motions (Docs. No. 54, 64) should not be granted.  The plaintiff is specifically ADVISED to address the issues raised by the defendants in the motions to dismiss and state why this case should not be dismissed.

2. On or before **July 3, 2020**, the plaintiff shall file a notice with the court which answers the following questions:

   a. Does the plaintiff desire to dismiss this action?

   b. Does the plaintiff intend to abandon his cause of action?

   c. Does the plaintiff intend to end this litigation?

The plaintiff is specifically ADVISED if he does <u>not</u> answer "Yes" to the above questions, he <u>shall</u> address the issues raised by the defendants in the motions to dismiss (Docs. No. 54, 64) and state why this case should not be dismissed.

The plaintiff is CAUTIONED that should he fail to comply with this Order, the Magistrate Judge will recommend that his Second Amended Complaint be dismissed for want of prosecution.

DONE this 19th day of June, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE