IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEDRICK LASHON WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-590-WKW |
| ) | [WO] |
| MONTGOMERY COUNTY JAIL, ) | |
| DERRICK CUNNINGHAM, and ) | |
| LADARRIAN BENNETT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 14, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.[1] (Doc. # 75.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED WITHOUT PREJUDICE.

Final judgment will be entered separately.

DONE this 18th day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge's order to show cause why Defendants' motions to dismiss should not be granted (Doc. # 74) was mailed to Plaintiff at his address of record, but it was returned as undeliverable. But one earlier order with which Plaintiff failed to fully comply (Doc. # 71) and the Recommendation (Doc. # 75) were not returned. Plaintiff's failure to keep the court apprised of his current address is an additional basis for dismissal because it is tantamount to a failure to prosecute and/or an abandonment of the case.